THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CRYSTAL KULICK,

  Plaintiff,

v.   3:24-CV-748
   (JUDGE MARIANI)

SYNTHETIC COMMUNICATION, INC., et al.,

  Defendants.

## ORDER

AND NOW, THIS **28th** DAY OF MAY 2024, upon consideration of the parties' Stipulation to Remand this Matter to the Lackawanna County Court of Common Pleas (Doc. 4), in which the parties request that the Court remand this case to the Court of Common Pleas of Lackawanna County based on Plaintiff's lack of standing pursuant to *Barclift v. Keystone Credit Services, LLC*, 93 F.4th 136 (3d Cir. 2024), **IT IS HEREBY ORDERED THAT:**

1. The above-captioned action is **REMANDED** to the Court of Common Pleas of Lackawanna County.

2. The Clerk of Court is directed to **CLOSE** the federal action.

3. The Clerk of Court is directed to mail a certified copy of this order of remand to the Clerk of the Court of Common Pleas of Lackawanna County.

Robert D. Mariani
United States District Judge